UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK SMALL,**<br>          Plaintiff<br><br>vs.<br><br>**KIMYA JONES**, Assistant U.S. Attorney;<br>**CARMICHAEL**, MPD Detective; **DUNCAN**,<br>MPD Detective; **POTTS**, MPD Detective,<br><br>          Defendants. | )<br>)<br>) CASE NUMBER  1:06MS00534<br>)<br>) JUDGE: Richard J. Leon<br>)<br>) DECK TYPE: Miscellanous<br>)<br>) DATE STAMP: 11/27/2006<br>)<br>)<br>) |

### NOTICE OF APPEAL;
### AND MOTION FOR RECONSIDERATION

Plaintiff, Patrick Small hereby notifies the Court and the parties that he appeals from the order of the district Court denying is leave to file his Complaint entered on or about November 18, 2006 to the United States Court of Appeals for the D.C. Circuit.

   On November 20, 2006. Small received a one page exhibit with: "Leave to file is DENIED." entered on it. No findings of fact or conclusions of law to justify said action were delivered to Small. By denying Small's right to file the Complaint the Court denied and violated Small's Fifth Amendment Right to Due Process for the deprivation of the Constitutional Rights he suffered because of Defendants reckless behavior. Prisoners have Constitutional Right to access the Courts. *Johnson v. Avery*, 393 US 483 (1969), and that right may not be denied or obstructed. *Bounds v. Smith* 430 US 817 (1977). Thus Small urges the Court to reconsider its position or to give reasons why leave to file has been denied. Small notes that under Federal Rules of Appellate Procedure 4, this Court has jurisdiction to reconsider its order while the direct appeal is pending nad/or to clarify its position in compliance with Small's Due Process Rights. This *Notice of Appeal* was filed on November 18, 2006 under the prison mailbox rule by handing a copy to the correctional officer addressed to the DC Clerk of Court. *Houston v. Lack*, 487 US 266 (1988)

Respectfully submitted,

*Patrick Small*
Patrick Small
# 37869-007
LSCI - WAKE B
PO Box 999
Butner, NC 27509

**PLAINTIFF**

**UNITED STATES DISTRICT COURT**

Leave to file DENIED
*[signature]*
United States District Judge
**NOV 08 2006**

Patrick Small         Petitioner,

_Renewed_

**PETITIONER/APPLICANT'S MOTION AND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** on Appeal

vs.

Kimya Jones, Assistant U.S. Attorney; Carmichael, MPD Detective; Duncan, MPD Detective; Potts, MPD Detective         Respondent,.

USCA CASE No.: _____
CASE No.: _____

I, Patrick Small, declare that I am the ☑ petitioner/plaintiff/movant ☐ other in the above entitled proceedings; that in support of my request to proceed without prepayment of fees or cost under **28 U.S.C. §1915**, I declare that I am unable to pay the cost of these proceedings and that I am entitled to the releif in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes ☐ No   (If "No," go to part 2)

   If "Yes," state the place of incarceration: **Low Security Correctional Institution @ Butner**

   Are you employed at the institution:   ☑ Yes ☐ No
   Do you receive any payment from the institution   ☑ Yes ☐ No

**Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.**

2. Are you currently employed?   ☑ Yes ☐ No.

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $30 Monthly FBOP, Educational Dept., LSCI, P.O. Box 999, Butner, NC 27509.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and paay period and the mame and address of your last employer.

**RECEIVED**
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

.1

3. In the past 12 twelve months have your received any money from any of the following:

   a. Business, profession or other self-employment  ☑ Yes  ☐ No
   b. Rent payments, interest or dividends  ☐ Yes  ☑ No
   c. Pensions, annuities or life insuance payments  ☐ Yes  ☑ No
   d. Disability or workers compensation payments  ☐ Yes  ☑ No
   e. Gifts or inheritances  ☐ Yes  ☑ No
   f. Any other sources  ☑ Yes  ☐ No

   If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.
   A. United States Holocaust Memorial Museum, USHMM, Washington, DC annual leave closeout $3,700 (one time only).
   F. Wife $50 (every other month).

4. Do you have any cash or checking or savings:  ☑ Yes  ☐ No

   If "Yes," state the total  $ 95.00 .

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☑ Yes  ☐ No

   If "Yes," describe the property and state its value.
   Real Estate, single family House, in Gaithersburg, MD.   Value $495,000
   Automobile, 2006 Jeep Grand Cherokee Ltd.   Value $ 38,500

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support..
   Jeanette Small (wife)
   Bianca Small (Daughter)
   Patrick Small Jr. (Son)
   Prior to confinement support contribution was 100%, now family contribution is nominal.

I declare under the penalties of perjur that the above information is true and correct according to my knowledge and belief pursuant to Title 28 U.S.C. §1746.

**Respectfully submitted,**

*Patrick Small*
Petitioner/Appellant

Reg. No 37869-007
LCSI Butner WAKE B
Post Office Box 0999
Butner, North Carolina 27509-0999

2

InmateStatementCombined

Page 1 of 1

## Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** | 37869007 |
| **Inmate Name:** | SMALL, PATRICK |
| **Report Date:** | 09/20/2006 |
| **Report Time:** | 12:17:28 PM |
| **Current Institution:** | Butner FCC |
| **Housing Unit:** | WAKEB |
| **Living Quarters:** | W08-035U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUX | 9/14/2006 5:05:38 PM | 62 | | | Sales | ($2.00) | | $7.40 |
| BUX | 9/14/2006 5:03:53 PM | 61 | | | Sales | ($52.37) | | $9.40 |
| BUX | 9/12/2006 8:06:31 AM | FICP0906 | | | Inmate Co-pay | ($2.00) | | $61.77 |
| BUX | 9/8/2006 4:36:06 PM | TFN0908 | | | Phone Withdrawal | ($10.00) | | $63.77 |
| BUX | 9/7/2006 5:56:29 PM | 142 | | | Sales | ($17.95) | | $73.77 |
| BUX | 9/7/2006 9:04:54 AM | 33324506 | | | Western Union | $75.00 | | $91.72 |
| BUX | 8/31/2006 5:07:21 PM | 52 | | | Sales | ($88.82) | | $16.72 |
| BUX | 8/25/2006 5:47:09 PM | TFN0825 | | | Phone Withdrawal | ($20.00) | | $105.54 |
| BUX | 8/24/2006 5:39:30 PM | 69 | | | Sales | ($29.80) | | $125.54 |
| BUX | 8/24/2006 5:34:52 PM | 68 | | | Sales | ($135.02) | | $155.34 |
| BUX | 8/24/2006 4:19:58 AM | TX082406 | | | Transfer - In from TRUFACS | $290.36 | | $290.36 |
| BUX | 8/10/2006 3:35:55 AM | TX081006 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |

1

Total Transactions: 12

**Totals:** $7.40     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUX | $7.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.40 |
| **Totals:** | **$7.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7.40** |