# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5399**  **September Term, 2006**

06ms00534

Filed On:

Patrick Small,
      Appellant

v.

Kimya Jones, Assistant U.S. Attorney, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
MAR 9 2007
CLERK

**BEFORE:** Ginsburg, Chief Judge, and Brown and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion be granted. It is

**FURTHER ORDERED** that this case be held in abeyance pending the district court's resolution of appellant's motion for reconsideration from the district court's November 18, 2006, denial of leave to file his complaint. See Notice of Appeal and Motion for Reconsideration filed November 27, 2006.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon resolution of the motion for reconsideration.

**Per Curiam**