# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5399**  **September Term, 2007**

06ms00534

Filed On:

Patrick Small,
     Appellant

v.

Kimya Jones, Assistant U.S. Attorney, et al.,
     Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

NOV 2 6 2007

CLERK

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

### ORDER

Upon consideration of the notice of appeal, construed as a petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that the record be remanded to the district court for a statement of reasons for the denial of leave to file the complaint. See, e.g., Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 (11th Cir. 2004). The district court is requested to return the record to this court promptly upon the issuance of its statement of reasons. It is

**FURTHER ORDERED** that this case be held in abeyance pending the district court's issuance of its statement of reasons.

The Clerk is directed to transmit a copy of this order to the district court.

Per Curiam