PRO SE CHANGE OF ADDRESS NOTIFICATION

Re: **O6 MS 00534 RJL**

If your address changes, it is your obligation to notify the clerk.
If the address changes and you do not notify the clerk, we will not
be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME **Patrick Small**

NUMBER AND STREET **604 Sunny Brook Terrace #1022**

CITY **Gaithersburg**   STATE **MD**   ZIP CODE **20877**

TELEPHONE No. _____ - _____ - _____

PRISON _____ (if applicable)

PRISONER'S REGISTRATION No. _____ (if applicable)

RELEASE DATE _____ (if applicable)

EFFECTIVE **11/15/07**            _Patrick Small_
_____(DATE)_____              PRO SE SIGNATURE

RECEIVED
DEC 2 6 2007
NANCY MAYER WHITTING
U.S. DISTRICT C