UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICK SMALL,  )
                )
     Plaintiff, )
                )
v.              )   Misc. Action No. 06-0534
                )
KIMYA JONES, et al., )
                )
     Defendants.)
                )

## MEMORANDUM

The Court of Appeals for the District of Columbia Circuit has remanded this case "for a statement of reasons for the denial of appellant's application to proceed IFP in the district court." Order, App. No. 06-5252 (Oct. 31, 2006). Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). "[C]ourts will generally look to whether the person is employed, the person's annual salary, and any other property or assets the person may possess." *Schneller v. Prospect Park Nursing and Rehab. Ctr.*, No. 06-545, 2006 WL 1030284, *1 (E.D. Pa. Apr. 18, 2006), *appeal dismissed*, NO. 06-3067, 2006 WL 3038596 (3d Cir. Oct. 26, 2006), *cert. denied*, __ U.S. __, 127 S.Ct. 2435 (2007). An individual need not "be absolutely destitute to enjoy the benefit of the [IFP] statute." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Rather, the granting of leave to proceed *in forma pauperis* is warranted if the individual demonstrates that "because of his poverty [he cannot] pay or give security for the costs

1

... and still be able to provide himself and dependents with the necessities of life." *Id.* (internal quotation marks omitted).

The Court's denial of plaintiff's application was based on his then-recent receipt of funds for annual leave, ownership of residence valued at $495,000, and one automobile valued at $38,500. Plaintiff did not show that his payment of the civil case filing fee would have deprived him and his dependents of the necessities of life.

The Clerk is directed to transmit this Memorandum forthwith to the appellate court.

_____
United States District Judge

Date: 5/22/08