PRO SE CHANGE OF ADDRESS NOTIFICATION

Re: 06 MJ 00534 RJL

If your address changes, it is your obligation to notify the clerk. If the address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME **Patrick Small**

NUMBER AND STREET **18468 Gardenia Way**

CITY **Gaithersburg** STATE **MD** ZIP CODE **20879**

TELEPHONE No. **240-422-4227**

PRISON _____ (if applicable)

PRISONER'S REGISTRATION No. _____ (if applicable)

RELEASE DATE _____ (if applicable)

EFFECTIVE **5/21/08**
(DATE)

_Patrick Small_
PRO SE SIGNATURE