# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5399**  **September Term 2007**

06ms00534

**Filed On:** August 27, 2008

Patrick Small,

    Appellant

v.

Kimya Jones, Assistant U.S. Attorney, et al.,

    Appellees

**BEFORE:**   Henderson, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the petition for a writ of mandamus and the district court's memorandum filed May 23, 2008, it is

**ORDERED**, on the court's own motion, that the district court reconsider whether petitioner should be allowed to file his complaint in forma pauperis, after allowing him to submit information concerning expenses. See, e.g., Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307-08 (11th Cir. 2004). It is

**FURTHER ORDERED** that consideration of the petition for a writ of mandamus be deferred pending further order of the court. Petitioner is directed to file a motion to govern further proceedings within thirty days after the district court files its decision on reconsideration.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**